# Exhibit 1

US00D911835S

## (12) United States Design Patent
### Cheng

(10) Patent No.: **US D911,835 S**
(45) Date of Patent: ⁂⁂ **Mar. 2, 2021**

(54) **FOLDING GIFT BOX**

(71) Applicant: **Lin Cheng**, Shenzhen (CN)

(72) Inventor: **Lin Cheng**, Shenzhen (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/677,217**

(22) Filed: **Jan. 18, 2019**

(51) **LOC (13) Cl.** .............................................. 09-03
(52) **U.S. Cl.**
USPC ........................................................ **D9/420**
(58) **Field of Classification Search**
USPC ........ D9/420, 432, 418, 645, 748, 431, 414; D3/304
CPC ..... B65D 5/5206; B65D 5/3642; B65D 5/526
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 1,494,361 | A | * | 5/1924 | Lambert | B65D 5/5206 206/760 |
| 3,658,237 | A | * | 4/1972 | Engel | B65D 5/3642 229/117.04 |
| 4,304,327 | A | * | 12/1981 | Austin | B65D 5/5206 206/499 |
| 4,331,231 | A | * | 5/1982 | Boyle | B65D 5/5206 206/45.25 |
| D287,466 | S | * | 12/1986 | Gardner | D9/414 |
| 4,938,343 | A | * | 7/1990 | Willis | B65D 5/5206 206/45.22 |
| 5,899,324 | A | * | 5/1999 | Stone | B65D 5/5206 206/45.21 |
| 6,311,845 | B1 | * | 11/2001 | Uren | B65D 5/526 206/499 |
| D548,592 | S | * | 8/2007 | Kudo | D9/432 |
| D685,629 | S | * | 7/2013 | McAdam | D9/420 |
| D707,549 | S | * | 6/2014 | McAdam | D9/420 |
| D737,688 | S | * | 9/2015 | Stone | D9/645 |
| D741,200 | S | * | 10/2015 | Lee | D9/748 |
| D764,281 | S | * | 8/2016 | Mayer | D9/431 |
| D849,531 | S | * | 5/2019 | Hockin | D9/432 |
| D850,908 | S | * | 6/2019 | Perella | D9/432 |
| D858,274 | S | * | 9/2019 | Perella | D9/432 |
| D860,778 | S | * | 9/2019 | Dwork | D9/418 |
| D866,317 | S | * | 11/2019 | Cranshaw | D9/420 |
| D866,319 | S | * | 11/2019 | Greenfeld | D9/432 |
| D887,265 | S | * | 6/2020 | Perella | D9/432 |
| D894,728 | S | * | 9/2020 | Dwork | D9/420 |
| D900,473 | S | * | 11/2020 | Rachamim | D3/304 |
| D902,030 | S | * | 11/2020 | Lemoine | D9/432 |
| D905,550 | S | * | 12/2020 | Noda | D9/432 |

\* cited by examiner

*Primary Examiner* — Rhea Shields

(57) **CLAIM**

The ornamental design for a folding gift box, as shown and described.

**DESCRIPTION**

FIG. **1** is a top, front perspective view of the folding gift box showing my new design;
FIG. **2** is a bottom, rear perspective view thereof;
FIG. **3** is a front elevational view thereof;
FIG. **4** is a rear elevational view thereof;
FIG. **5** is a left side elevational view thereof;
FIG. **6** is a right side elevational view thereof;
FIG. **7** is a top plan view thereof;
FIG. **8** is a bottom plan view thereof; and,
FIG. **9** is a perspective view thereof, showing the expanded box.

**1 Claim, 9 Drawing Sheets**





FIG.1



FIG.2



FIG.3



FIG.4

U.S. Patent        Mar. 2, 2021        Sheet 5 of 9        US D911,835 S



FIG.5



FIG.6



FIG.7



FIG.8



FIG.9