# Exhibit 2

공개실용신안 20-2009-0006890

| | | | |
|---|---|---|---|
| | (19) 대한민국특허청(KR)<br>(12) 공개실용신안공보(U) | (11) 공개번호 | 20-2009-0006890 |
| | | (43) 공개일자 | 2009년07월08일 |

(51) Int. Cl.
　　*B65D 5/32* (2006.01)　*B65D 5/42* (2006.01)
　　*B65D 6/16* (2006.01)
(21) 출원번호　　20-2008-0000066
(22) 출원일자　　2008년01월03일
　　심사청구일자　2008년01월03일

(71) 출원인
　　**문형철**
　　대구 동구 불로동1000-34
(72) 고안자
　　**문형철**
　　대구 동구 불로동1000-34

전체 청구항 수 : 총 2 항

(54) 접이식상자

*(57) 요 약*

본 고안은 기존의 상자를 접이식으로 하여 빈상자의 보관과 운송 시에 원활하게 할 수 있도록 한 것으로 보관의 용이함과 운송의 편리함, 조립시의 시간절약을 도모하기 위한 것이다.

상자를 구성함에 있어서 내부에 삼각형 모양의 부착 면이 있고, 나머지 내부 면은 안으로 접어들게 하여 상자의 부피를 최소화 하는 것을 특징으로 보관 시 공간을 절약하고, 운송 시와 조립 시 경비를 절약할 수 있는 효과를 가져 온다.

*대 표 도* - 도1



공개실용신안 20-2009-0006890

### 실용신안 등록청구의 범위

**청구항 1**

상자의 보관과 운송 시 그 부피를 최소화 하여 편리함을 도모하고, 상자의 조립 시 작업의 손쉬움으로 시간을 단축시키게 하는 것으로

내부몸체;

외부몸체;

**청구항 2**

제1항에 있어서,

상기 상자의 외부몸체와 내부몸체가 고정될 수 있도록 내부몸체에 삼각형 형태의 네 개의 부착 면과 또 다른 삼각형 형태의 안으로 접어들 수 있는 네 개의 면이 있는 것을 특징으로 한다.

### 명 세 서

### 고안의 상세한 설명

#### 기 술 분 야

<1>   본 고안은 빈상자의 부피를 최소화 하는 것으로, 상세하게는 상자를 접어 그 부피를 최소화 하여 보관 공간의 절약과 운송과 조립시의 편리함을 도모 하고자 한다.

#### 배 경 기 술

<2>   종래의 상자는 완성 시 그 부피로 인하여 공간을 많이 차지하고, 운송 시 무게에 비해 부피가 차지하는 비중이 커 불편함과 물류비의 과다경비를 초래하였다.

<3>   상기와 같이 부피를 절약할 수 있는 조립식 상자가 제작되고 있으나 이 또한 조립시 많은 시간을 요구하므로 발생되는 문제점이 있다.

#### 고안의 내용

#### 해결 하고자하는 과제

<4>   본 고안은 빈 상자를 보관과 운송 시 그 부피를 최소화 하여 보관 공간의 극소화와 운송 시 물류경비 절감과 상자의 조립 시 짧은 시간에 완성시켜 사용자로 하여금 편리함을 주는데 그 목적이 있다.

#### 과제 해결수단

<5>   본 고안은 상자의 부피를 최소화 하게 하는 것으로, 상자를 구성함에 있어 외부몸체와 내부몸체의 두 부분으로 나누어지며, 외부몸체에 부착할 수 있도록 삼각형모양의 부착 면 네 개와 안으로 접어들게 하는 또 다른 네 개의 삼각형 면을 가진 내부몸체와 그들을 둘러싼 외부몸체로 나뉘어져 있는것을 특징으로 한다.

#### 효 과

<6>   본 고안은 불필요한 보관 공간을 최대한 줄이고 운송시 부피를 작게하여 한꺼번에 많은 양의 상자를 운반하여 운송비를 줄일 수 있으며, 또한 조립시 펼치기 만하는 단순 작업으로 조립시간을 단축할 수 있다.

#### 고안의 실시를 위한 구체적인 내용

<7>   본 고안을 첨부된 도면을 참조하여 상세히 설명하면 다음과 같다.

<8>   도1,도2,도3,에 표시된 바와 같이 본 고안은 외부몸체에 붙는 내부 부착면(2-1,2-2,2-3,2-4)과 안으로 접어 들어가는 내부접이면(2-5,2-6,2-7,2-8)으로 구성되어 상자로만 보관과 운송 시 펼쳐서(도면1)있는 상태로 보관과 운송 시 부피를 최소화 하였으며, 제품을 담아서는 기존의 상자 형태(도면4)를 유지할 수 있어 조립의 용이함을

공개실용신안 20-2009-0006890

최대화 하는 것을 특징으로 한다.

<9> 이상에서와 같이 본 고안은 비록 상기의 실시 예에 한하여 설명 하였지만 반드시 여기에만 한정 되는 것이 아니며, 본고안의 범주와 사상을 벗어나지 않는 범위 내에서 다양한 변형실시가 가능함은 물론이다.

### 도면의 간단한 설명

<10> 도 1은 본 고안에 의한 상자의 구조를 도시한 평면도.

<11> 도 2는 본 고안에 의한 상자의 구조를 도시한 사시도.

<12> 도 3은 본 고안에 의한 상자의 구조를 도시한 사시도.

<13> 도 4는 본 고안에 의한 상자의 구조를 도시한 완성도.

### 도면

#### 도면1



공개실용신안 20-2009-0006890

*도면2*



공개실용신안 20-2009-0006890

*도면3*



*도면4*

