UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| QUEST PACKAGING LLC,<br><br>                            Plaintiff,<br><br>   v.<br><br>LIN CHENG,<br><br>                            Defendant. | Civil Action No. 3:21-cv-00372-MHL |

## MOTION TO PERMIT ALTERNATIVE SERVICE OF PROCESS

Pursuant to 35 U.S.C. § 293, Plaintiff Quest Packaging LLC ("Plaintiff"), moves for leave to use alternative service on Defendant Lin Cheng ("Defendant"). That statute provides that if a "patentee not residing in the United States" has not designated a person for receipt of service of process, then "the United States District Court for the Eastern District of Virginia shall have jurisdiction and summons shall be served by publication or otherwise as the court directs." 35 U.S.C. § 293. The Defendant in this action is a foreign patentee who has not designated a person to receive service of process, and Plaintiff requests that the Court permit Plaintiff to serve Defendant by email at the following addresses supplied and used by Defendant: emest_tmchan@yahoo.com and jinmingbm@163.com. Alternatively, Plaintiff requests that the Court permit email service as provided above plus publication. The grounds and reasons for granting this relief are stated with particularity in the accompanying memorandum of law. Alternative forms of order are submitted herewith.

*Plaintiff does not seek oral argument on this procedural motion.*

1

Dated: June 10, 2021                                   Respectfully submitted,

                                                             */s/ Craig C. Reilly*

OF COUNSEL:                                            Craig C. Reilly (Va. Bar No. 20942)
Tuvia Rotberg                                          THE OFFICE OF CRAIG C. REILLY, ESQ.
Sandra A. Hudak                                        209 Madison Street, Suite 501
TARTER KRINSKY & DROGIN LLP                            Alexandria, VA 22314
1350 Broadway                                          Tel.:    (703) 549-5354
New York, NY 10018                                     Fax:     (703) 549-5355
Tel.:    (212) 216-8000                                E-mail: craig.reilly@ccreillylaw.com
Fax:     (212) 216-8001
E-mail: trotberg@tarterkrinsky.com
         shudak@tarterkrinsky.com

                                                             ***Attorneys for Plaintiff Quest Packaging LLC***