**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| QUEST PACKAGING LLC,<br><br>       Plaintiff,<br><br> v.<br><br>LIN CHENG,<br><br>       Defendant. | Civil Action No. 3:21-cv-00372-MHL |

**ORDER PERMITTING ALTERNATIVE SERVICE OF PROCESS**

UPON CONSIDERATION of Plaintiff Quest Packaging LLC's Motion to Permit Alternative Service of Process under 35 U.S.C. § 293 (Doc. _____), it is hereby

ORDERED that Plaintiff may serve the Summons and Complaint by email upon Defendant Lin Cheng using the following addresses: emest_tmchan@yahoo.com and jinmingbm@163.com; and it is further

ORDERED that Plaintiff will file a declaration of service once it has sent service as specified herein; and it is further

ORDERED that service is deemed effective upon sending.

      ENTERED this _____ day of June 2021.

Richmond, Virginia

                   _____
                   M. Hannah Lauck
                   United States District Judge