UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| QUEST PACKAGING LLC,<br><br>      Plaintiff,<br><br> v.<br><br>LIN CHENG,<br><br>      Defendant. | Civil Action No. 3:21-cv-00372-MHL |

**ORDER PERMITTING ALTERNATIVE SERVICE OF PROCESS**

UPON CONSIDERATION of Plaintiff Quest Packaging LLC's Motion to Permit Alternative Service of Process under 35 U.S.C. § 293 (Doc. _____), it is hereby

ORDERED that Plaintiff may serve the Summons and Complaint by email upon Defendant Lin Cheng using the following addresses: emest_tmchan@yahoo.com and jinmingbm@163.com; and it is further

ORDERED that Plaintiff also will publish a single notice of this action in *The Washington Post*; and it is further

ORDERED that Plaintiff will file a declaration of service once it has made service as specified herein, stating the dates on which email service and publication were accomplished.

      ENTERED this _____ day of June 2021.

Richmond, Virginia

                _____
                M. Hannah Lauck
                United States District Judge