**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
Richmond Division

QUEST PACKAGING LLC,

                Plaintiff,

v.

LIN CHENG,

                Defendant.

Civil Action No. 3:21-cv-00372-MHL

## ORDER PERMITTING ALTERNATIVE SERVICE OF PROCESS

UPON CONSIDERATION of Plaintiff Quest Packaging LLC's Motion to Permit Alternative Service of Process under 35 U.S.C. § 293 (ECF No. 4), it is hereby

ORDERED that Plaintiff may serve the Summons and Complaint by email upon Defendant Lin Cheng using the following addresses: emest_tmchan@yahoo.com and jinmingbm@163.com; and it is further

ORDERED that Plaintiff also will publish a single notice of this action in *The Washington Post*; and it is further

ORDERED that Plaintiff will file a declaration of service once it has made service as specified herein, stating the dates on which email service and publication were accomplished.

ENTERED this **15th** day of **June 2021**.

Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge