## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | |
|---|---|
| QUEST PACKAGING LLC,<br><br>       Plaintiff,<br><br> v.<br><br>LIN CHENG,<br><br>       Defendant. | Civil Action No. 3:21-cv-00372-MHL |

### **DECLARATION OF SANDRA A. HUDAK REGARDING SERVICE OF PROCESS**

I, Sandra A. Hudak, declare as follows:

  1.  I am over 18 years of age and not a party to the above-captioned matter. I am an associate at the law firm of Tarter Krinsky & Drogin LLP, and I represent Plaintiff Quest Packaging LLC ("Plaintiff"), though I have not yet entered an appearance or filed for *pro hac vice* status in this matter.

  2.  On June 21, 2021, I served copies of the Summons, Complaint, and the Court's June 15, 2021 Order (ECF No. 6) in this action on Defendant Lin Cheng ("Defendant") by attaching them to an email sent to the following addresses: emest_tmchan@yahoo.com and jinmingbm@163.com. A true and correct copy of the email I sent to Defendant is attached hereto as **Exhibit A** ("the Service Email").

  3.  Prior to sending the Service Email, on or about June 16, 2021, Plaintiff's counsel sent an email to the email addresses emest_tmchan@yahoo.com and jinmingbm@163.com to inform Defendant that this action had been filed. On or about June 18, 2021, Plaintiff's counsel received a response from the email address

1

patents3405@gmail.com. In view of such response, I included the email address patents3405@gmail.com as a "cc" address on the Service Email.

4. After sending the Service Email, I received a delivery failure notification message indicating that such Service Email addressed to emest_tmchan@yahoo.com could not be delivered. I did not receive any bounceback notifications with respect to the email addresses jinmingbm@163.com or patents3405@gmail.com.

5. On June 18, 2021, I communicated with Carmen Alianza-Javier of *The Washington Post*, regarding publication of a notice of this action ("Notice"). Ms. Alianza-Javier advised me that the Notice was scheduled to publish in *The Washington Post* on June 21, 2021.

6. On June 22, 2021, I accessed the public notices webpage for *The Washington Post*, located at https://publicnotices.washingtonpost.com, which states that the Notice was published in *The Washington Post* on June 21, 2021. A true and correct copy of a printout of such webpage as accessed on June 22, 2021 is attached hereto as **Exhibit B**.

7. On June 25, 2021, I received a "Proof of Publication" that was delivered to my office. The Proof of Publication states that the Notice was published in *The Washington Post* on June 21, 2021. A true and correct copy of the Proof of Publication is attached hereto as **Exhibit C**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 25, 2021  By: *Sandra Hudak*
New York, New York  Sandra A. Hudak