# Exhibit B

# Legal Notice

Published in The Washington Post on June 21, 2021

## Location

Washington, DC

## Notice Text

**SERVICE OF SUMMONS BY PUBLICATION**
To the named Defendant listed below: Lin Cheng

                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE EASTERN DISTRICT OF VIRGINIA
                              Richmond Division

QUEST PACKAGING LLC, Plaintiff,
v.
LIN CHENG, Defendant.
Civil Action No. 3:21-cv-00372

                        SERVICE OF SUMMONS BY PUBLICATION

In accordance with 35 U.S.C. 293 and Order of the Court dated June 15, 2021, summons is hereby served by publication on Defendant Lin Cheng. Defendant is hereby summoned and required to file an Answer to the Complaint with The Clerk of the Court, United States District Court for the Eastern District of Virginia, Richmond Division, 701 East Broad Street, Richmond, Virginia 23219 and serve the same upon Craig C. Reilly, THE OFFICE OF CRAIG C. REILLY, ESQ., 209 Madison Street, Suite 501, Alexandria, VA 22314, Tel.: (703) 549-5354, Fax: (703) 549-5355, E-mail: craig.reilly@ccreillylaw.com within twenty-one (21) days from the date of publication of this Service of Summons by Publication. If Defendant fails to do so, judgment by default may be taken against Defendant for relief demanded in the Complaint.

The Complaint seeks a declaration that U.S. Design Patent No. D911,835 entitled "Folding Gift Box" is invalid, unenforceable and not infringed by Plaintiff, and that Defendant is liable for related torts concerning false complaints submitted to Amazon. This action arises under the patent laws of the United States, 35 U.S.C. 1 et. seq., and the Declaratory Judgment Act, 28 U.S.C. 2201(a) and 2202.

Date: June 21, 2021
12349246