# Exhibit C

```
Ad # 12349246    Name TARTER KRINSKY & DROGIN LLP ATTN: SANDRA    Size 70 Lines              T0001
Class 815  PO#              Authorized by                              Account 2010304723
```

PROOF OF PUBLICATION

District of Columbia, ss., Personally appeared before me, a Notary Public in and for the said District, Chatisha Cadlett well known to me to be ACCOUNTING SPECIALIST of The Washington Post, a daily newspaper published in the City of Washington, District of Columbia, and making oath in due form of law that an advertisement containing the language annexed hereto was published in said newspaper on the dates mentioned in the certificate herein.

I Hereby Certify that the attached advertisement was published in The Washington Post, a daily newspaper, upon the following date(s) at a cost of $861.60 and was circulated in the Washington metropolitan area.

Published 1 time(s). Date(s):21 of June 2021

Account 2010304723

_Chatisha Cadlett_

Witness my hand and official seal this 21 day of June 20 21

My commission expires 3-31-2026

---

SERVICE OF SUMMONS BY PUBLICATION   To the named Defendant listed below: Lin Cheng   IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA Richmond Division   QUEST PACKAGING LLC, Plaintiff, v. LIN CHENG, Defendant. Civil Action No. 3:21-cv-00372   SERVICE OF SUMMONS BY PUBLICATION   In accordance with 35 U.S.C. § 293 and Order of the Court dated June 15, 2021, summons is hereby served by publication on Defendant Lin Cheng.   Defendant is hereby summoned
and required to file an Answer to the Complaint with The Clerk of the Court, United States District
Court for the Eastern District of Virginia, Richmond Division, 701 East Broad Street, Richmond, Virginia 23219 and serve the same upon Craig C. Reilly, THE OFFICE OF CRAIG C. REILLY, ESQ., 209 Madison Street, Suite 501, Alexandria, VA 22314, Tel.: (703) 549-5354, Fax: (703) 549-5355, E-mail:
craig.reilly@ccreillylaw.com within twenty-one (21) days from the date of publication of this Service of Summons by Publication. If Defendant fails to do so, judgment by default may be taken against Defendant for relief demanded in the Complaint.   The Complaint seeks a declaration that U.S. Design Patent No. D911,835 entitled #Folding Gift Box" is invalid, unenforceable and not infringed by Plaintiff, and that Defendant is liable for related torts concerning false complaints
submitted to Amazon.   This action arises under the patent laws of the United States, 35 U.S.C. § 1
et. seq., and the Declaratory Judgment Act, 28 U.S.C. §§ 2201(a) and 2202.   Date: June 21, 2021
12349246