**From:** patents3405 <patents3405@gmail.com>
**Sent:** Friday, June 18, 2021 11:55 AM
**To:** Tuvia Rotberg <trotberg@tarterkrinsky.com>; emest_tmchan@yahoo.com
**Subject:** [EXT] Re: Lawsuit filed - Pat. D911,835

Dear Tuvia

Thanks for contact us.

This patent is owned by several stakeholders which include Aukey. we started to sell this product design patents three years ago. As many as sellers follow to sell this design patents, we are forced to registered the patent to protect our business. And we are sure that sell on amazon much early than your clients.
We have a meeting for this issue today, the company is happy to hear what your client would like to discuss. how many stock that your client have on amazon.

Looking forward to see your reply

Thanks

Dennis

--------- Forwarded Message ---------

**From:** Tuvia Rotberg <trotberg@tarterkrinsky.com>
**Date:** 6/16/2021 03:43
**To:** jinmingbm@163.com <jinmingbm@163.com>、emest_tmchan@yahoo.com <emest_tmchan@yahoo.com>
**Subject:** Lawsuit filed

Dear Mr. Cheng,

I am writing to inform you that we filed the attached lawsuit to invalidate US Pat. D911,835. The complaint also contains claims in connection with your unlawful filing of complaints with Amazon.

Note that our client is open to resolving this matter, but time is of the essence.

Please advise.

EXHIBIT A

Thanks,
Tuvia



**Tuvia Rotberg|Partner**
T: 212-216-1172|F: 212-216-8001
trotberg@tarterkrinsky.com|Bio
Tarter Krinsky & Drogin LLP
1350 Broadway|New York|NY|10018
www.tarterkrinsky.com|LinkedIn
COVID-19 RESOURCE CENTER

EXHIBIT A