THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| QUEST PACKAGING LLC,<br><br>      Plaintiff,<br><br>v.<br><br>LIN CHENG and<br>SHENZHEN HENG XIN WAN TONG<br>MAO YI YOU XIAN GONG SI,<br><br>      Defendants. | Civil Action No. 3:21-cv-00372-MHL |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Quest Packaging LLC hereby voluntarily dismisses this action without prejudice. No answer or motion for summary judgment has been filed by any Defendant.

Dated: July 7, 2022

OF COUNSEL:
Tuvia Rotberg
Sandra A. Hudak
TARTER KRINSKY & DROGIN LLP
1350 Broadway
New York, NY 10018
Tel.: (212) 216-8000
Fax: (212) 216-8001
E-mail: trotberg@tarterkrinsky.com
    shudak@tarterkrinsky.com

Respectfully submitted,

/s/ Craig C. Reilly
Craig C. Reilly (Va. Bar No. 20942)
THE OFFICE OF CRAIG C. REILLY, ESQ.
209 Madison Street, Suite 501
Alexandria, VA 22314
Tel.: (703) 549-5354
Fax: (703) 549-5355
E-mail: craig.reilly@ccreillylaw.com

*Attorneys for Plaintiff Quest Packaging LLC*

SO ORDERED

/s/ MHL
M. Hannah Lauck
United States District Judge